IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  09-cr-00100-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v

7.  JUAN CARLOS DENICOLAS,

    Defendant,

## ORDER GRANTING DOWNWARD DEPARTURE

The Court having considered the motion by the United States of America to decrease the defendant's downward departure of 25% from the statutory minimum mandatory sentence of 60 months to a sentence of 45 months, based on the substantial assistance provided by the defendant.  It is hereby

ORDERED that Government's Motion for Downward Departure Pursuant to 5K1.1 [273], filed February 9, 2010, is **GRANTED.**

Dated this 11th day of February, 2010.

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    WILEY Y. DANIEL,
                    CHIEF UNITED STATES DISTRICT JUDGE